BK1007558
BG

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

| | |
|---|---|
| IN RE: | Case No. 10-42690 |
| Charla L Thomas | Chapter 13<br>Judge Woods |
| Debtor | |
| | **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF CHASE HOME FINANCE LLC (PROPERTY LOCATED AT 107 RUSSELL AVENUE, NILES, OH 44446)** |

PLEASE TAKE NOTICE that the undersigned appears for Chase Home Finance LLC, Creditor, and, pursuant to Rules 2002, 6007, and 9007 of the Bankruptcy Rules, demand that all Notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notice and papers referred to in the Rules specified above, but also include, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way, the rights and obligations of the above referenced creditor, or, interests with respect to the above

1

captioned debtors, or, which require or seek to require, any act, delivery of any property, payment or other conduct by said creditor.

/s/ Edward J Boll
Edward J Boll, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0072982
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3202
(513) 354-6464 fax
nohbk@lsrlaw.com

2

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Appearance and Demand for Service of Papers of the secured creditor, Chase Home Finance LLC, was electronically transmitted on or about August 02, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Eric James Ashman, Esq.
614 West Superior Avenue Suite 950
Cleveland, OH 44113
eashman@ohiolegalclinic.com

Michael A. Gallo
20 Federal Plaza West #602
Youngstown, OH 44503
mgallo@gallotrustee.com

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov

/s/ Edward J Boll
Edward J Boll, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0072982
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3202
(513) 354-6464 fax
nohbk@lsrlaw.com

3