# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-42690 |
| | ) | |
| **Charla L. Thomas,** | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Kay Woods |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

Daniel M. McDermott, the United States Trustee for Region 9, has filed with the Court a motion pursuant styled: <u>Motion for 2004 Examination of Chase Home Finance, LLC, and Order Authorizing Issuance of Subpoena *Duces Tecum* Compelling Production of Documents</u>.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the motion, or if you want the court to consider your views on the motion, then **on or before December 22, 2010**, you or your attorney must:

File with the Court a written request for a hearing along with a written response or an answer explaining your position at:

> Clerk of Court
> United States Bankruptcy Court
> Nathaniel R. Jones
> Federal Building & U.S. Courthouse
> 10 East Commerce Street
> Youngstown, Ohio 44503-1621

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.
You must also mail a copy to:

> Scott R. Belhorn
> Trial Attorney
> U.S. Department of Justice
> Office of the U.S. Trustee
> Howard M. Metzenbaum U.S. Courthouse
> 201 Superior Avenue, East, Suite 441
> Cleveland, Ohio 44114-1240

If you or your attorney do not takes these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without conducting a hearing.

                                        Respectfully submitted,

                                        Daniel M. McDermott
                                        United States Trustee Region 9

by:     */s/ Scott R. Belhorn*
                    Scott R. Belhorn (#0080094)
                    Trial Attorney
                    Department of Justice
                    Office of the U.S. Trustee
                    H.M. Metzenbaum U.S. Courthouse
                    201 Superior Avenue, Suite 441
                    Cleveland, Ohio 44114-1240
                    (216) 522-7800 Ext. 260
                    (216) 522-7193 (fax)

## CERTIFICATE OF SERVICE

I, Scott R. Belhorn, hereby certify that the foregoing Notice was electronically transmitted on or about December 7, 2010, via the Court's CM/ECF system to all parties listed on the Court's Electronic Mail Notice List, including:

Michael A. Gallo
20 Federal Plaza W
# 602
Youngstown, OH 44503


Eric James Ashman
614 West Superior Avenue
Suite 950
Cleveland, Oh 44113


I, Scott R. Belhorn, further certify that the foregoing Notice was mailed via U.S. Post, First Class, on or about December 7, 2010, to the following:

Charla L Thomas
107 Russell Ave
Niles, OH 44446

Chase Home Finance, LLC
3415 Vision Drive
Mail Code OH4-7302
Columbus, Ohio 43219

CT Corporation System
Statutory Agent for Chase Home Finance, LLC
1300 East Ninth Street
Cleveland, Ohio 44114


                                                         */s/ Scott R. Belhorn*
                                                          Scott R. Belhorn